75

(No. 6411—Claimant )

MT. ALVERNO SCHOOL FOR BOYS, Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF CHILDREN AND FAMILY SERVICES, Respondent.

*Opinion filed September 17, 1973.*

MT. ALVERNO SCHOOL FOR BOYS, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PER CURIAM.

(No. 6689—Claimant )

CHARLES MC CORKLE, JR., Claimant, *vs.* STATE OF ILLINOIS, VARIOUS AGENCIES, Respondent.

*Opinion filed September 17, 1973.*

CHARLES MCCORKLE, JR., Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

PER CURIAM.